■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL NAPOLITANO, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Leahy, J.), rendered April 24, 1979, convicting him of sodomy in the first degree (two counts) and sexual abuse in the first degree (two counts), upon a jury verdict, and imposing sentence. Judgment affirmed. The evidence shows that after completing acts which would constitute sexual abuse in the first degree, appellant permitted his 15-year-old victim to pull up her pants. He then ordered her to kneel down, threatening to kill her 16-year-old female companion if she refused. Upon obeying his command, appellant forcibly compelled her to perform fellatio. Subsequently, he proceeded to commit the identical acts upon the 16-year-old female companion. Under the facts of this case, the two counts of sexual abuse in the first degree are not inclusory counts of sodomy in the first degree. Titone, J. P., Mangano, Gulotta and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE PACHECO, Appellant. — Appeals by defendant (1) as limited by his motion, from a sentence of the Supreme Court, Kings County (Ryan, J.), imposed February 28, 1979, upon his conviction of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and sentencing him to a term of imprisonment of 2½ years to life, and (2) from an order of the same court, dated November 7, 1979, which denied his motion for resentence pursuant to section 60.09 of the Penal Law. Sentence affirmed. No opinion. Order reversed, as a matter of discretion in the interest of justice, motion granted, sentence imposed February 28, 1979 vacated, and defendant is resentenced to a term of imprisonment of 2½ to 7½ years. The motion should have been granted and the sentence reduced as indicated. Cohalan, J. P., Margett, O'Connor and Weinstein, JJ., concur.